**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 25 EAL 2019
: 
Respondent   : 
:   Petition for Allowance of Appeal from
:   the Order of the Superior Court
v.   : 
: 
: 
PERCY ST. GEORGE,   : 
: 
Petitioner   : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.